RECEIVED
BY _____

MAY 0 9 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ROLAND BURNS

versus

WALTER MAY, JR., ET AL.

CIVIL ACTION NO. 05-1783

JUDGE WALTER

MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss (Doc. 18)** is **granted** and all claims against the Claiborne Parish Police Jury are **dismissed** for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _9_ day of _May_, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE