RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/25/06
BY OM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROLAND BURNS | CIVIL ACTION NO. 05-1783 |
| versus | JUDGE WALTER |
| WALTER MAY, JR., ET AL. | MAGISTRATE JUDGE HORNSBY |

## **JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record and noting the lack of written objections, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Compel (Doc. 26) is granted**, and Plaintiff's **complaint is dismissed with prejudice.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 21 day of August, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE